IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SIELE BALIACH,                           :
PAUL MUSUMBA,
SERGE BABO,
       Plaintiffs                  :

                               :
       vs.                                   CIVIL NO. 1:CV-10-1503
                               :

WARDEN, YORK COUNTY PRISON,  :
et al.,
       Defendants


*O R D E R*

       AND NOW, this 23rd day of March, 2011, upon consideration of the report (doc. 25) of the magistrate judge, filed February 25, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

       1. The magistrate judge's report is adopted.

       2. This action is hereby dismissed without prejudice.

       3. The Clerk of Court shall close this file.


                                             /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge